UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TODD COLEMAN,

                Plaintiff,

-against-

JOHN DOE, et al.,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
05-CV- 5849 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 14 2006 ★

BROOKLYN OFFICE

        An Order of Honorable John Gleeson, United States District Judge, having been filed on August 7, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated June 20, 2006; and dismissing the case without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute; it is

        ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: Brooklyn, New York
         August 10, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court